FIRST RUSSIAN INSURANCE COMPANY Established in 1827, and Another, Respondents, *v.* FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant.

Appeal from a judgment of the Supreme Court in favor of the plaintiffs, entered in the Albany county clerk's office May 21, 1924, upon the decision of the court rendered after a trial at the Albany Trial Term before the court without a jury.

PER CURIAM: The court agrees to the facts found and to all of the conclusions of law except that the conclusion of law No. 6 should be modified so as to recite that the plaintiff company is entitled to receive the property described in that finding rather than the plaintiff Paul E. Rasor; and except that the conclusion of law No. 7 should be modified so as to recite that the plaintiff company is entitled to judgment directing the defendant to forthwith deliver the property described in that finding to the plaintiff company by delivering the same to the plaintiff Paul E. Rasor as its attorney-in-fact, upon the authority of *Russian Reinsurance Co.* v. *Stoddard* (211 App. Div. 132), decided herewith. The judgment should be modified accordingly, and as so modified it should be in all respects affirmed. Judgment modified by granting judgment in favor of the plaintiff First Russian Insurance Company, Established in 1827, and as so modified unanimously affirmed, without costs.

---

Before STATE INDUSTRIAL BOARD, Respondent.
CATHERINE NEWMAN and Others, Respondents, *v.* PREMIER & POTTER PRINTING PRESS CO., INC., and Another, Appellants.

Appeal from an award of the State Industrial Board, made on the 28th day of November, 1923.

PER CURIAM: The employer's report states facts upon which the conclusion that the accident occurred in the course of employment and arose therefrom could properly be based. The report, regardless of the nature of the data upon which it was based, constituted legal evidence justifying the award. Motion denied.

---

Before STATE INDUSTRIAL BOARD, Respondent. ROSE McCONNELL, Respondent, v. TWO RECTOR STREET CORPORATION, Appellant.— Motion granted, with ten dollars costs to the claimant against the appellant.